IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00137-M-BM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAHEED SUNDAY OWOLABI,

    Defendant.

ORDER

This matter comes before the court on Defendant's *pro se* Emergency Motion to Transfer. DE 159. Defendant is represented by counsel in this case. DE 45. The court is under no obligation to consider documents filed *pro se* by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Defendant does not have a right to "'hybrid' representation" that would allow him to file *pro se* motions while retaining the representation of appointed counsel. *McKaskle*, 465 U.S. at 183. Accordingly, Defendant's Motion is DENIED WITHOUT PREJUDICE. DE 159. If Defendant, **through his counsel**, wishes to file (or re-file) his motion, the court will consider such motion.

SO ORDERED this 17th day of February, 2026.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE