IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00137-M-BM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAHEED SUNDAY OWOLABI,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Transfer Defendant's Location of Detention Prior to Sentencing. DE 161. The court previously denied without prejudice a similar motion filed *pro se* by Defendant but invited Defendant to re-file the motion through his attorney. DE 160. In this motion, Defendant moves the court for an order transferring Defendant from the Robeson County Detention Center to the New Hanover County Detention Center until sentencing. DE 161. Defendant's sentencing is set for the March 24, 2026, term of court. Unfortunately, there is nothing the court could order that would effectuate a transfer meaningfully before Defendant's sentencing. The court orders the Clerk of the Court to schedule Defendant's sentencing as soon as possible during the March 24 term and will order expedited designation and incarceration at that sentencing.

SO ORDERED this ___2d___ day of March, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE